AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVIOUS BOYD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:23-cv-059

WARE STATE PRISON,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated August 30, 2023, this case is dismissed without prejudice and stands closed. Plaintiff is denied in forma pauperis status on appeal.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge

Date: August 31, 2023

John E. Triplett, Clerk of Court

_____
(By) Deputy Clerk

GAS Rev 10/1/03